UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NALENE RUFFIN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> *Defendant*. | Case No. 1:22-cv-02341-JEB |

## DEFENDANT DISTRICT OF COLUBMIA'S CONSENT MOTION TO EXTEND DISCOVERY

Defendant District of Columbia (the District) moves to extend discovery by 60 days. The reasons for this motion are set forth in the accompanying memorandum of points and authorities and are based on the need for additional time to obtain written discovery responses and depose Plaintiff Demetria Harris. A proposed order reflecting the enlargement of time requested in this motion is attached. Under LCvR 7(m), the District represents that counsel for Plaintiff consents to the relief sought in this motion.

Date: February 16, 2024            Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Charles J. Coughlin*
CHARLES J. COUGHLIN [1016993]
Chief, Civil Litigation Division, Section IV

*/s/ Sarah T. Abutaleb*
SARAH ABUTALEB [1779979]
Assistant Attorney General
Civil Litigation Division, Section IV
400 6th St., N.W.
Washington, D.C. 20001
202-769-6160 (tel)
sarah.abutaleb@dc.gov

*Counsel for Defendant District of Columbia*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NALENE RUFFIN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br><br> *Defendant*. | Case No. 1:22-cv-02341-JEB |

**MEMORANDUM OF POINTS AND AUTHORITIES IN**
**SUPPORT OF DEFENDANT'S CONSENT MOTION TO EXTEND DISCOVERY**

**INTRODUCTION**

Defendant District of Columbia (the District) moves with Plaintiff's consent for a 60-day extension of discovery to allow sufficient time to review Plaintiff's discovery responses and depose Plaintiff.[1] *See generally* Fed. R. Civ. P. 6(b)(1)(A) and LCvR 7(m).  This case arises from Plaintiff's allegations of discrimination during her employment with the District Department of Public Works.  *See* Am. Compl., generally.  As the District has yet to receive Plaintiff's written discovery responses and has therefore not yet been able to fruitfully depose her, additional time is needed to complete discovery.

**LEGAL STANDARD**

This Court may extend the time to act for good cause "if a request is made, before the original time or its extension expires . . . ." Fed. R. Civ. P. 6(b)(1)(A).  The D.C. Circuit considers good cause to simply "mean[] a valid reason for delay. . ." *Mann v. Castiel*, 681 F.3d

---

[1]   Plaintiff Demetria Harris is the only Plaintiff with an active claim.  *See* March 17, 2023 Memorandum Opinion [16].

368, 375 (D.C. Cir. 2012). Assessment of a motion to continue is left to the trial court's discretion. *U.S. v. Poston*, 902 F.2d 90, 96 (D.C. Cir. 1990).

## ARGUMENT

This motion is timely filed before the discovery deadline, and good cause supports this request. The District served written discovery on Plaintiff and is awaiting her responses, at which time it will be able to depose her. The parties are cooperating to complete discovery and need additional time to complete it. Thus, the District seeks a 60-day extension to re-set the deadline for discovery until April 22, 2024.[2]

This is the District's first request to extend the discovery deadline. This motion is timely filed before the close of discovery. This motion is not filed for any dilatory purpose or to delay the proceedings. If granted, the extension will prejudice neither party. And Plaintiff consents. A proposed order reflecting the enlargement of the time requested in this motion is attached.

## CONCLUSION

For the above reasons, the District respectfully requests that the Court grant this motion and extend the discovery deadline by 60 days.

Date: February 16, 2024               Respectfully submitted,

                                      BRIAN L. SCHWALB
                                      Attorney General for the District of Columbia

                                      STEPHANIE E. LITOS
                                      Deputy Attorney General
                                      Civil Litigation Division

                                      */s/ Charles J. Coughlin*
                                      CHARLES J. COUGHLIN [1016993]
                                      Chief, Civil Litigation Division, Section IV

---

[2] The Court also set a Post-Discovery Status Conference for February 23, 2024 at 10:00 a.m. The parties are not requesting that this conference is moved but can be available at a later date, if the Court prefers to hold the conference after discovery closes.

*/s/ Sarah T. Abutaleb*
SARAH ABUTALEB [1779979]
Assistant Attorney General
Civil Litigation Division, Section IV
400 6th St., N.W.
Washington, D.C. 20001
202-769-6160 (tel)
sarah.abutaleb@dc.gov

*Counsel for Defendant District of Columbia*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

NALENE RUFFIN, *et al.*,

    *Plaintiffs*,

v.

DISTRICT OF COLUMBIA,

    *Defendant*.

Case No. 1:22-cv-02341-JEB

**ORDER**

Upon consideration of Defendant District of Columbia's Consent Motion to Extend Discovery, and the entire record, it is _____ day of _____ 2024,

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that discovery closes on April 22, 2024.

**SO ORDERED.**

Judge James E. Boasberg
United States District Court Judge