IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

NALENE RUFFIN, et al.

     *Plaintiff*,

v.                                                         Case No.:1:22-cv-02341

DISTRICT OF COLUMBIA, et al.

     *Defendant*.

## PLAINTIFF'S MOTION FOR DISCOVERY EXTENSION
### (Consented)

COMES NOW, the Plaintiff, DEMETRIA HARRIS (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, and brings this consented Motion for an extension to the discovery deadline, and in support thereof states:

1.     On August 08, 2022, Plaintiff filed her Complaint. On December 12, 2022, Defendant filed a Motion to Dismiss. Plaintiff filed an Amended Complaint on January 12, 2023, and Defendant filed a Motion to Dismiss in Part the Amended Complaint on January 27, 2023.

2.     On April 10, 2024, counsel for Plaintiff reached out to counsel for the Defendant to inquire if they would consent to an extension of the discovery deadline. ]Defendant consented to a 60-Day extension making the new deadline June 21, 2024, as opposed to the original April 22, 2024, deadline.

3.     This is the first request for an extension made by the Plaintiff and granting such would cause no prejudice on the Parties, as they have consented, and will have no impact on any deadlines in this matter at this time. Plaintiff moves for a 60-day extension and for good cause presents that it is because counsel is new to the case and will need sufficient time to produce

discovery and make their client available for a deposition. This is Plaintiff's first request for any extension. Plaintiff brings this motion in good faith and not for the purpose of delay.

    WHEREFORE, Plaintiff respectfully requests that the Court, in light of all the foregoing, grant this Motion for a 60-day extension of the discovery deadline and continue the April 24, 2024, status hearing accordingly.

.

    Respectfully submitted this April 17, 2024.

    */s/Charles Tucker, Jr., Esq.*
    Charles Tucker, Jr., Esq. (Bar: 993515)
    8181 Professional Pl. Suite 207
    Hyattsville, MD 20785
    E-mail: charles@tuckerlawgroupllp.com
    Tel.: (301) 577-1175

## CERTIFICATE OF SERVICE

    I hereby certify that this April 17, 2024, I caused a copy of the foregoing to be filed via the Court's electronic filing system which makes service on all parties so entitled.

    Respectfully submitted,

    */s/Charles Tucker, Jr., Esq.*
    Charles Tucker, Jr., Esq. (Bar: 993515)
    8181 Professional Pl. Suite 207
    Hyattsville, MD 20785
    E-mail: charles@tuckerlawgroupllp.com
    Tel.: (301) 577-1175

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

NALENE RUFFIN, et al

    *Plaintiff*,

v.                                        Case No.: 1:22-cv-02341

DISTRICT OF COLUMBIA, et al

    *Defendant*.

## [PROPOSED] ORDER

    This matter is before the Court on Plaintiff's consented to Motion for Extension of Time. Upon consideration of the motion and the entire record herein, the Court finds that the Plaintiff's Motion for Discovery Extension shall be **GRANTED**; and that the discovery deadline is set to June 21, 2024 and the status hearing set for April 24, 2024 is continued until _____.

    Therefore, on this _____ **Day** of _____ **, 2024** it is:

    **SO ORDERED.**

                                                                    _____

                                                                    Judge